GRELLAS SHAH LLP

**JUSTIN L. SOWA**
Associate
Email: jsowa@grellas.com
Phone: (408) 255-6310
www.grellas.com

Date: September 11, 2026

Via ECF:
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. The initial pretrial conference, scheduled for September 23, 2026, is adjourned and will be rescheduled after the Court adjudicates the motion (or motions) to dismiss.

Dated: September 14, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Re: Chen v. Ong, et al., No. 1:26-cv-5455-JLR

Your Honor:

Plaintiff Frank Chen writes jointly on behalf of himself and Defendants to respectfully request a continuance of the initial pretrial conference presently set for September 23, 2026.

Plaintiff filed the operative Complaint on June 29, 2026. [Dkt. 6.] On June 30, 2026, the Court set an initial pretrial conference for September 23, 2026. [Dkt. 7.] Defendants filed a Motion to Dismiss all 14 counts of the Complaint on August 31, 2026. [Dkt. 14.] Plaintiff intends to file an opposition to that Motion on September 14, 2026.

Defendants additionally filed counterclaims and third party complaints against Plaintiff and a new party, Balto Energy, Inc., which has yet to be served. [Dkt. 15, 19.] Plaintiff expects to file a motion to dismiss Defendants' counterclaims within the statutory time limits.

The motions to dismiss are substantial and seek dismissal of substantially all claims in the case. Accordingly, the Parties believe it would not be productive to hold an initial pretrial conference until briefing and rulings have been issued on their cross-motions. The claims and parties at issue in this matter could change significantly following resolution of these motions, and the Parties will be in a better position to plan for the case moving forward once its scope is established.

For these reasons, the Parties jointly request that the Court continue the initial pretrial conference currently set for September 23, 2026, and either (1) reset it following decisions on the Parties' motions to dismiss, or (2) set it for a date reasonably far into the future to permit resolution of the motions.

Very truly yours,

**Grellas Shah LLP**

*/s/ Justin L. Sowa*

Justin L. Sowa, Esq.

Attorneys for Plaintiff/
Counter-Defendant Frank Chen

**DGW Kramer LLP**

*/s/ Jacob Y. Chen*

Jacob Y. Chen, Esq.

Attorneys for Defendants/Counter Claimants
Yu Kai James Ong, Amr Thameen, Spellbinder AI, Inc., and Wolfberry AI Inc.